**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Spear,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Technos International, Inc.,<br><br>　　　　　Defendant. | No. CIV 05-0778-PHX-DKD<br><br>**ORDER** |

Upon stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the above captioned matter shall be dismissed with prejudice, with each party to bear their own fees and costs.

DATED this 17th day of October, 2005.

_____
David K. Duncan
United States Magistrate Judge